## O'NEIL v. MALONEY *et al.*

### *Appeal from Dubuque District Court — Saturday, June 8.*

APPEAL from an order of substitution of parties. The case turned upon the evidence. No questions of law were argued or involved. The evidence being conflicting, the judgment of the court below was sustained. MILLER, J., delivering the opinion.

*Shiras, Van Duzee & Henderson* for the appellant — *Crane & Rood* for the appellee.